====================================================================

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

====================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 20-14031 (DEA) |
| ELIZABETH SANCHEZ | : | **DETENTION ORDER** |

    This matter having been opened to the Court on motion of the United States, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Sections 3142(e) & (f)(2)(A) to detain the defendant in the above-entitled matter; and the defendant, Elizabeth Sanchez, having sought conditions of release; the Court having determined that detention is appropriate in order to provide United States Pretrial Services with the opportunity to appropriately vet and evaluate the suitability of the proposed third-party custodian, proposed residence, and proposed package of conditions of release and to contact and coordinate with Pretrial Services in the proposed district of supervision — the Eastern District of Pennsylvania; the Court finding that, although considering presently available conditions or combinations of conditions, release is not appropriate at this time, the application of the defendant for release will be reconsidered after the report of Pretrial Services; and for good cause shown:

    IT IS, therefore, on this 20th day of August, 2021,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Elizabeth Sanchez, be detained, and that she be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek pretrial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED that United States Pretrial Services shall coordinate with the Eastern District of Pennsylvania to vet the proposed third-party custodian, residence, and other proposed conditions of release and report back to the Court as soon as such evaluation is completed;

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

                                          HONORABLE DOUGLAS E. ARPERT
                                          UNITED STATES MAGISTRATE JUDGE