**IN THE UNITED STATES DISTRICT COURT**

**OF NEW JERSEY**

|                              |   |                          |
|------------------------------|---|--------------------------|
|                              | : |                          |
| **UNITED STATES OF AMERICA** | : | Hon. Douglas E. Arpert   |
| **VS.**                      | : |                          |
| **ELIZABETH SANCHEZ**        | : | Mag. No. 20-14031 (DEA)  |
|                              | : | **RELEASE ORDER**        |

This matter having come before the Court on the application of Andres Jalon, Esquire, Counsel for Elizabeth Sanchez, without object from the Assistant United States Attorney Alexander E. Ramey and Intensive Supervision Specialist Edna Galarza,

IT IS THE FINDING OF THIS COURT, that an order granting defendant release of her bail conditions for November 24, 2021, from 10:00am to 9:00pm, to allow the defendant, Elizabeth Sanchez, to attend Thanksgiving festivities at her family's home, shall issue.

IT IS ORDERED that the defendant, Elizabeth Sanchez, can attend the Thanksgiving Holiday with her family, release from 10:00 am and return by 9:00pm to her residence.  All other conditions of bond to remain the same.

11/24/2021

HONORABLE DOUGLAS E. ARPERT

UNITED STATES MAGISTRATE JUDGE