# IN THE UNITED STATES DISTRICT COURT
## OF NEW JERSEY

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Douglas E. Arpert |
| VS. | : | |
| **ELIZABETH SANCHEZ** | : | Mag. No. 20-14031 (DEA) |
| | : | **RELEASE ORDER** |

This matter having come before the Court on the application of defendant Elizabeth Sanchez, by her counsel, Andres Jalon, Esquire, for an order amending the conditions of her pre-trial release; it appearing that the United States Attorney for the District of New Jersey, Philip R. Sellinger (Assistant United States Attorney Alexander E. Ramey, appearing) and United States Pretrial Services (by Intensive Supervision Specialist Edna Galarza) do not object to the proposed amendment; and for good cause shown;

IT IS THE FINDING OF THIS COURT, that an order granting defendant release from the bail condition of home confinement for December 24, 2021, from 9:00am to 12:00am on December 25, 2021, to allow the defendant, Elizabeth Sanchez, to attend Christmas Eve festivities at her family's home, shall issue.

IT IS ORDERED that the defendant, Elizabeth Sanchez, may attend the Christmas Holiday with her family, accompanied by her third-party custodian beginning at 9:00 am on December 24, 2021, and shall return to the residence designated in her release order by 12:00am on December 25, 2021. All other conditions of bond are to remain the same.

12/23/2021

HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE