# IN THE UNITED STATES DISTRICT COURT
# OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Douglas E. Arpert |
| VS. | : | |
| **ELIZABETH SANCHEZ** | : | Mag. No. 20-14031 (DEA) |
| | : | **RELEASE ORDER** |

This matter having come before the Court on the application of Andres Jalon, Esquire, Counsel for Elizabeth Sanchez, without object from the Assistant United States Attorney Alexander E. Ramey and Intensive Supervision Specialist Edna Galarza,

IT IS THE FINDING OF THIS COURT, that an order granting defendant release of her bail conditions for June 18, 2022 with a rain date of June 25, 2022, from 8:00 am to 9:00 pm, to allow the defendant, Elizabeth Sanchez, to take a family day trip to Splash Zone Waterpark in Wildwood, NJ, shall issue.

IT IS ORDERED that, *on one (1) of the dates above,* the defendant, Elizabeth Sanchez, can visit Splash Zone Waterpark, release from 8:00 am and return by 9:00 pm to her residence. All other conditions of bond to remain the same.

HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE