UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 20-14031 (DEA) |
| ELIZABETH SANCHEZ | : | **BAIL MODIFICATION ORDER** |

This matter having been opened to the Court on motion of defendant Elizabeth Sanchez (through counsel, Andres Jalon, Esq.), for an order under Title 18, United States Code, Section 3142(c) modifying the conditions of her pretrial release; it appearing that United States Pretrial Services and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) consent to the requested modification; and for good cause shown:

IT IS, therefore, on this 6th day of July, 2022,

ORDERED, pursuant to Title 18, United States Code, Section 3142(c), that the previously imposed condition of release of defendant, Elizabeth Sanchez, requiring home detention is modified to a curfew, to be enforced with location monitoring;

ORDERED that the hours and conditions of the curfew are to be set at the discretion of United States Pretrial Services; and it is further

ORDERED that all conditions previously imposed in the Court's

1

September 8, 2021 Order Setting Conditions of Release shall remain in effect.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE