IN THE UNITED STATES DISTRICT COURT
OF NEW JERSEY

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Douglas E. Arpert |
| VS. | : | |
| **ELIZABETH SANCHEZ** | : | Mag. No. 20-14031 (DEA) |
| | : | **RELEASE ORDER** |

This matter having come before the Court on the application of defendant Elizabeth Sanchez (by counsel Andres Jalon, Esq.) for an order temporarily modifying the defendant's conditions of release; and the United States (Assistant United States Attorney Alexander E. Ramey, appearing) and United States Pretrial Services (by Intensive Supervision Specialist Edna Galarza), consenting; and for good cause shown,

IT IS, this __1st__ day of September, 2022,

ORDERED that the residential, travel, curfew, and location monitoring conditions of defendant Elizabeth Sanchez's release are modified as follows: from August 31, 2022 at 9:00 AM to September 4, 2022 at 10:30 PM, the defendant may reside at the residence of her grandmother, Ana Mercedes Diaz, at 2374 Amsterdam Avenue in New York, NY 10033, for the purpose of caring for her grandmother after a recent illness; during this period location monitoring may be paused and curfew hours adjusted at the discretion of United States Pretrial Services; all other conditions of release are to remain the same;

ORDERED that this modification order shall not take effect until the defendant has provided documentary proof of her grandmother's recent illness to United States Pretrial Services that is satisfactory to Pretrial Services; and it is further

ORDERED that after September 4, 2022 at 10:30 PM, the defendant's preexisting conditions of release be reimposed, as modified in the Court's July 6, 2022 Bail Modification Order.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

\*\*Granted subject to the government's receipt of the requested documentation.