UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :     Hon. Douglas E. Arpert

             v.                  :     Mag. No. 20-14031 (DEA)

ELIZABETH SANCHEZ,          :     **CONTINUANCE ORDER**

This matter having come before the Court on the joint application of

Philip R. Sellinger, United States Attorney for the District of New Jersey

(by Alexander E. Ramey, Assistant United States Attorney), and defendant

Elizabeth Sanchez (by Andrés Jalón, Esq.), for an order granting a continuance

of the proceedings in the above-captioned matter from the date of this order

through October 31, 2023, and the defendant being aware that she has the

right to have the matter submitted to a grand jury within 30 days of the date of

her arrest pursuant to Title 18 of the United States Code, Section 3161(b), and

the defendant through her attorney having consented to the continuance, and

twelve prior continuances having been granted by the Court; and for good and

sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be

continued for the following reasons:

1.    Plea negotiations are ongoing, and both the United States and the

       defendant seek time to achieve a successful resolution of these

       negotiations, which would render trial of this matter unnecessary;

1

2.      Defendant has consented to the aforementioned continuance;

3.      The grant of a continuance will likely conserve judicial resources;

        and

4.      Pursuant to Title 18 of the United States Code, Section 3161(h)(7),

        the ends of justice served by granting the continuance outweigh the

        best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this _11th_day of September, 2023,

**ORDERED** that the proceedings scheduled in the above-captioned matter

are continued from the date of this Order through and including October 31,

2023; and

**ORDERED** that the period from the date of this Order through and

including October 31, 2023, shall be excludable in computing time under the

Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By:

_____
Andrés Jalón, Esq.
*Counsel for Defendant*

Alexander E. Ramey
_____
Alexander E. Ramey
Assistant United States Attorney

Eric A. Boden
_____
Eric A. Boden
Attorney-in-Charge
Trenton Branch Office

2